1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TIENGKHAM SINGANONH,                    No.  2:18-cv-1474 DB P

12                    Plaintiff,

13          v.

14    PALACIOS, et al.,                        ORDER

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not paid the filing fee or submitted a request to proceed in forma

19    pauperis.  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The

20    alleged violations took place in Fresno County, which is part of the Fresno Division of the United

21    States District Court for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.

25          Good cause appearing, IT IS HEREBY ORDERED that:

26          1. This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Fresno; and

28    ////

                                                      1

1      2. All future filings shall reference the new Fresno case number assigned and shall be

2 filed at:

3                         United States District Court
                        Eastern District of California

4                         2500 Tulare Street
                        Fresno, CA 93721

5 DATED:  June 5, 2018

6

7

8                               /s/  DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21 DLB:9
DB/prisoner-civil rights/sing1474.22

22

23

24

25

26

27

28